In re:	Case No. 20-00952-HWV
Andrew David Oyler-Esteves	Chapter 13
Hector Esteves-Oyler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2     Date Rcvd: Apr 27, 2020
                       Form ID: ntcnfhrg     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2020.

```
db             +Andrew David Oyler-Esteves,    574 Race Street,    Millersburg, PA 17061-1158
jdb            +Hector Esteves-Oyler,    1835 Market Street,    Ashland, PA 17921-1133
5312046        +AMERICAN EXPRESS,    4315 S 2700 WEST,    SALT LAKE CITY, UT 84184-0002
5319771         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5312047       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,    BANKRUPTCY DEPARTMENT,    4161 PIEDMONT PARKWAY,
                 GREENSBORO, NC 27410)
5312048        +BARCLAY'S BANK DE,    125 S WEST ST,    WILMINGTON, DE 19801-5014
5312049        +BEST BUY CREDIT SERVICES,    PO BOX 790441,    SAINT LOUIS, MO 63179-0441
5312050        +CAP1/WMT,    PO BOX 30258,    SALT LAKE CITY, UT 84130-0258
5312052         CITI - SHELL,    C/O CITI,    PO BOX 6497,    SIOUX FALLS, SD  57117-6497
5312053        +CITI CARDS,    PO BOX 6500,    SIOUX FALLS, SD 57117-6500
5312054        +CITIBANK (SOUTH DAKOTA) NA,    701 EAST 60TH STREET N,    SIOUX FALLS, SD 57104-0493
5312068       ++DEPARTMENT OF LABOR & INDUSTRY,    ATTN OFFICE OF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG PA 17121-0751
               (address filed with court: UNEMP COMP OVERPAYMENT MATTERS,
                 DEPT OF L&I - OFFICE OF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121)
5312057        +FNB OMAHA,    1620 DODGE STREET,    OMAHA, NE 68197-0003
5312058        +FORD CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5312060        +HUD/FHA,    NATIONAL SERVICING CENTER,    301 NW SIXTH ST, STE 200,
                 OKLAHOMA CITY, OK 73102-2811
5321180        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5319105        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5312836       ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,    1620 Dodge Street, Stop Code 3129,
                 Omaha, Nebraska 68197)
5312064         SUSQUEHANNA VALLEY FCU,    3850 HARTZDALE DRIVE,    CAMP HILL, PA 17011-7809
5312069        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
5312070         USDOE/GLELSI,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2020 19:55:24
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5312051        +E-mail/Text: dehartstaff@pamd13trustee.com Apr 27 2020 19:51:46      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5312055        +E-mail/Text: bankruptcydesk@colonialsavings.com Apr 27 2020 19:51:44      COLONIAL SAVINGS,
                 2626 W FREEWAY,    PO BOX 2988,    FORT WORTH, TX 76113-2988
5312056         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2020 19:51:29      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5320621         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 27 2020 19:55:21
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5312068         E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Apr 27 2020 19:51:08
                 UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121
5312059         E-mail/Text: ELDABBASM@FREEDOMCU.ORG Apr 27 2020 19:51:14      FREEDOM CREDIT UNION,
                 CENTREPOINTE OFICE CENTER,    626 JACKSONVILLE ROAD SUITE 250,    WARMINSTER, PA 18974-4862
5312061         E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 27 2020 19:51:15      INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5312062         E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 27 2020 19:54:57      JPMCB CARD,
                 PO BOX 15369,    WILMINGTON, DE 19850
5312063        +E-mail/PDF: pa_dc_claims@navient.com Apr 27 2020 19:55:28      NAVIENT,    PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
5314731         E-mail/PDF: pa_dc_claims@navient.com Apr 27 2020 19:55:51      NAVIENT PC TRUST,
                 Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
5312065        +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2020 19:55:41      SYNCB/AMAZON,    PO BOX 965015,
                 ORLANDO, FL 32896-5015
5312066        +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2020 19:55:14      SYNCB/LOWES,    PO BOX 965004,
                 ORLANDO, FL 32896-5004
5312067        +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2020 19:55:41      SYNCB/PPC,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
5312411        +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2020 19:55:14      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5312069        +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Apr 27 2020 19:51:08      UNEMPL COMP TAX MATTERS,
                 HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
                                                                                             TOTAL: 16
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5319355*        +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,   P.O. Box 9013,   Addison, Texas 75001-9013
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS,
               F.A. bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Andrew David Oyler-Esteves
               karagendronecf@gmail.com,    doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor 2 Hector   Esteves-Oyler karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Andrew David Oyler–Esteves,<br>fka Andrew David Oyler, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20–bk–00952–HWV |
| Hector Esteves–Oyler,<br>fka Hector Estevez, | | |
| **Debtor 2** | | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**June 3, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing. | Date: June 10, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PatriciaRatchford, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 27, 2020 |

ntcnfhrg (03/18)