```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 20-00952-HWV
Andrew David Oyler-Esteves                                          Chapter 13
Hector Esteves-Oyler
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke      Page 1 of 1           Date Rcvd: May 28, 2020
                         Form ID: ntcltrdb    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 5312059        E-mail/Text: ELDABBASM@FREEDOMCU.ORG May 28 2020 21:02:14     FREEDOM CREDIT UNION,
                 CENTREPOINTE OFICE CENTER,   626 JACKSONVILLE ROAD SUITE 250,   WARMINSTER, PA 18974-4862
                                                                                              TOTAL: 1

                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                 Signature:  /s/Joseph Speetjens 

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 2 Hector  Esteves-Oyler DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          Dorothy L Mott    on behalf of Debtor 1 Andrew David Oyler-Esteves DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          James  Warmbrodt    on behalf of Creditor    CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS,
           F.A. bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 1 Andrew David Oyler-Esteves
           karagendronecf@gmail.com,    doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          Kara Katherine Gendron    on behalf of Debtor 2 Hector  Esteves-Oyler karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrew David Oyler−Esteves,
fka Andrew David Oyler,

**Debtor 1**

Hector Esteves−Oyler,
fka Hector Estevez,

**Debtor 2**

Chapter 13

Case No. 1:20−bk−00952−HWV

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#20) has been filed by the Debtor on behalf of Freedom Credit Union in the amount of $22473.00.

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: RyanEshelman, Deputy Clerk

Date: May 28, 2020

ntcltrdb 05/18