United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-00952-HWV |
| Andrew David Oyler-Esteves | Chapter 13 |
| Hector Esteves-Oyler | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 03, 2022 | Form ID: orfeedue | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5324657 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2022 18:40:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5488054 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2022 18:40:55 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 05, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 2 Hector Esteves-Oyler DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Dorothy L Mott | on behalf of Debtor 1 Andrew David Oyler-Esteves DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISION OF COLONIAL SAVINGS, F.A. |

| | |
|---|---|
| | bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Hector Esteves-Oyler<br>karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 1 Andrew David Oyler-Esteves<br>karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Rebecca Ann Solarz | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISION OF COLONIAL SAVINGS, F.A.<br>bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

Andrew David Oyler−Esteves
fka Andrew David Oyler

Hector Esteves−Oyler
fka Hector Estevez

**Debtor(s)**

Chapter 13

Case number 1:20−bk−00952−HWV

Document Number: 46

### Order Filing Fee Due

A transfer of claim was filed on **August 3, 2022**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$26.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **August 10, 2022**.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 3, 2022

orfeedue(05/18)