# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Andrew David Oyler-Esteves
    Hector Esteves-Oyler

                            Case No.: 1-20-00952 HWV

                            Chapter 13
     **Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Colonial Savings |
| Court Claim Number: | 11 |
| Last Four of Loan Number: | 5480 |
| Property Address if applicable: | 574 Race St |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $28.60 |
| b. | Prepetition arrearages paid by the trustee: | $28.60 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $28.60 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: March 25, 2025

                                          Respectfully submitted,

                                          <u>/s/ Jack N. Zaharopoulos</u>
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          Fax:  (717) 566-8313
                                          email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Andrew David Oyler-Esteves
    Hector Esteves-Oyler

Case No.: 1-20-00952 HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 25, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Kara K. Gendron, Esquire
Mott & Gendron Law
125 State St
Harrisburg PA 17101

**Served by First Class Mail**
Colonial Savings FA
2626 B West Freeway
Fort Worth TX 76102

Andrew David Oyler-Esteves
Hector Esteves-Oyler
574 Race St
Millersburg PA 17061

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 25, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-00952  **ANDREW DAVID OYLER-ESTEVES**

**COLONIAL SAVINGS**
2626 B WEST FREEWAY

FORTH WORT, TX  76102

**Sequence:** 13
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** Race Street - PRE-ARREARS -
ARREARS - 574 RACE STREET

| | | | | | |
|---|---|---|---|---|---|
| Amt Sched: | $80,244.00 | Debt: | $28.60 | Interest Paid: | $0.00 |
| | | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $28.60 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **COLONIAL SAVINGS** | | | | | | | |
| 520-0 | COLONIAL SAVINGS | | 03/18/2025 | 2045609 | $13.50 | $0.00 | $13.50 | |
| 520-0 | COLONIAL SAVINGS | | 05/16/2023 | 2024724 | $15.10 | $0.00 | $15.10 | 05/25/2023 |
| | | | | Sub-totals: | $28.60 | $0.00 | $28.60 | |
| | | | | Grand Total: | $28.60 | $0.00 | | |