**Fill in this information to identify the case:**

Debtor 1   Andrew David Oyler-Esteves

Debtor 2   Hector Oyler-Esteves
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   20-00952 HWV

# Form 4100R

# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

| | | | |
|---|---|---|---|
| **Name of Creditor:** | CU Members Mortgage, a division of Colonial Savings, F.A. | **Court claim no.** (if known): | 11 |

**Last 4 digits** of any number you use to identify the debtor's account:   5480

**Property address:**

574 Race Street
Millersburg, PA 17061

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   04 / 01 / 2025

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.   Total postpetition ongoing payments due:   (a)   $ _____
b.   Total fees, charges, expenses, escrow, and costs outstanding:   + (b)   $ _____
c.   **Total.** Add lines a and b.   (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

Case 1:20-bk-00952-HWV    Doc 56    Filed 03/31/25    Entered 03/31/25 17:19:54    Desc
Document ID: 6549f550638c8a594ba3558f3d1226bc29e9c631035c9b428e0c52aa116b029
Main Document         Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/    Date    03/31/2025
Denise Carlon
31 Mar 2025, 16:07:58, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 16106
    215-627-1322
    bkgroup@kmllawgroup.com
    Attorney for Creditor

Form 4100R    Response to Notice of Final Cure Payment    page 2

Document ID: 6549f550638c8a594ba3558f3d1226bc29e9c631035c9b428e0c52aa116b029
Case 1:20-bk-00952-HWV    Doc 56    Filed 03/31/25    Entered 03/31/25 17:19:54    Desc
Main Document    Page 2 of 3

| | |
|---|---|
| **IN RE:** Hector Oyler-Esteves fka Hector Estevez<br>Andrew David Oyler-Esteves fka Andrew David Oyler<br>         **Debtor(s)** | BK NO. 20-00952 HWV<br><br>Chapter 13<br><br>Related to Claim No. 11 |
| **CU Members Mortgage, a division of Colonial Savings, F.A.**<br>         **Movant**<br>    vs.<br><br>**Hector Oyler-Esteves fka Hector Estevez**<br>**Andrew David Oyler-Esteves fka Andrew David Oyler**<br>         **Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>         **Trustee** | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 31, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Hector Oyler-Esteves fka Hector Estevez
574 Race Street
Millersburg, PA 17061

Andrew David Oyler-Esteves fka Andrew David Oyler
574 Race Street
Millersburg, PA 17061

Attorney for Debtor(s) (via ECF)
Kara Katherine Gendron, Esq.
125 State Street
Harrisburg, PA 17101

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: March 31, 2025

            **/s/ Denise Carlon**
            Denise Carlon Esquire
            Attorney I.D. 317226
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106
            201-549-2363
            dcarlon@kmllawgroup.com