United States Bankruptcy Court

Middle District of Pennsylvania

| In re: | Case No. 20-00952-HWV |
|---|---|
| Andrew David Oyler-Esteves | Chapter 13 |
| Hector Esteves-Oyler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: Jun 27, 2025      Form ID: fnldecnd      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew David Oyler-Esteves, 574 Race Street, Millersburg, PA 17061-1158 |
| jdb | + | Hector Esteves-Oyler, 1835 Market Street, Ashland, PA 17921-1133 |
| 5312060 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 18:48:59 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 18:48:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5312046 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 18:49:03 | AMERICAN EXPRESS, 4315 S 2700 WEST, SALT LAKE CITY, UT 84184-0001 |
| 5319771 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2025 18:48:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5312047 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2025 18:42:00 | BANK OF AMERICA, BANKRUPTCY DEPARTMENT, 4161 PIEDMONT PARKWAY, GREENSBORO, NC 27410 |
| 5312048 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 27 2025 18:42:00 | BARCLAY'S BANK DE, 125 S WEST ST, WILMINGTON, DE 19801-5014 |
| 5312049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 18:49:08 | BEST BUY CREDIT SERVICES, PO BOX 790441, SAINT LOUIS, MO 63179-0441 |
| 5324288 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 27 2025 18:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5312050 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 18:49:00 | CAP1/WMT, PO BOX 30258, SALT LAKE CITY, UT 84130-0258 |
| 5312052 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 18:49:04 | CITI - SHELL, C/O CITI, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5312053 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 18:49:08 | CITI CARDS, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 5312054 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 18:49:08 | CITIBANK (SOUTH DAKOTA) NA, 701 EAST 60TH STREET N, SIOUX FALLS, SD 57104-0432 |
| 5312055 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jun 27 2025 18:42:00 | COLONIAL SAVINGS, 2626 W FREEWAY, PO BOX 2988, FORT WORTH, TX 76113-2988 |
| 5312056 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2025 18:42:00 | COMM OF PA DEPT OF REVENUE, BUREAU |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5320621 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2025 18:49:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5328472 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 18:49:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5326215 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jun 27 2025 18:42:00 | Colonial Savings Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 5312068 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 27 2025 18:42:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5312057 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 27 2025 18:42:00 | FNB OMAHA, 1620 DODGE STREET, OMAHA, NE 68197 |
| 5312836 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 27 2025 18:42:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 5312058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2025 18:49:00 | FORD CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5312059 | | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jun 27 2025 18:42:00 | FREEDOM CREDIT UNION, CENTREPOINTE OFICE CENTER, 626 JACKSONVILLE ROAD SUITE 250, WARMINSTER, PA 18974-4862 |
| 5312061 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2025 18:42:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5312051 | | Email/Text: info@pamd13trustee.com | Jun 27 2025 18:42:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5328178 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2025 18:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5312062 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2025 18:49:06 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5321180 | + | Email/Text: RASEBN@raslg.com | Jun 27 2025 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5319105 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 27 2025 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5327936 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 18:48:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5312063 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 27 2025 18:48:59 | NAVIENT, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 5314731 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 27 2025 18:49:07 | NAVIENT PC TRUST, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5488054 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 18:49:04 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5488055 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 18:49:03 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5324657 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2025 18:49:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5312064 | | Email/Text: svfcubky@svfcu.org | Jun 27 2025 18:42:00 | SUSQUEHANNA VALLEY FCU, 3850 HARTZDALE DRIVE, CAMP HILL, PA 17011-7809 |
| 5312065 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 27 2025 18:49:06 | SYNCB/AMAZON, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 5312066 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 18:49:06 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5312067 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2025 18:49:02 | SYNCB/PPC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5312411 | ^ | MEBN | Jun 27 2025 18:39:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5312069 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 27 2025 18:42:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5312070 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 27 2025 18:42:00 | USDOE/GLELSI, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5319355 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5328783 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CU MEMBERS MORTGAGE A DIVISION OF COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 2 Hector Esteves-Oyler DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Andrew David Oyler-Esteves DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISION OF COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Hector Esteves-Oyler karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 1 Andrew David Oyler-Esteves karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Andrew David Oyler–Esteves,<br>fka Andrew David Oyler, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20–bk–00952–HWV |
| Hector Esteves–Oyler,<br>fka Hector Estevez, | | |
| **Debtor 2** | | |

Social Security No.:
                xxx–xx–6143        xxx–xx–9087

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Andrew David Oyler–Esteves and Hector Esteves–Oyler** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 27, 2025

**fnldec** (01/22)