United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Andrew David Oyler-Esteves  
Hector Esteves-Oyler  
    Debtors

Case No. 20-00952-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Aug 15, 2025 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew David Oyler-Esteves, 574 Race Street, Millersburg, PA 17061-1158 |
| jdb | + | Hector Esteves-Oyler, 1835 Market Street, Ashland, PA 17921-1133 |
| 5312060 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 15 2025 22:47:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Aug 15 2025 22:47:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5312046 | + | Email/PDF: bncnotices@becket-lee.com | Aug 15 2025 18:57:53 | AMERICAN EXPRESS, 4315 S 2700 WEST, SALT LAKE CITY, UT 84184-0001 |
| 5319771 | | Email/PDF: bncnotices@becket-lee.com | Aug 15 2025 18:58:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5312047 | | EDI: BANKAMER | Aug 15 2025 22:47:00 | BANK OF AMERICA, BANKRUPTCY DEPARTMENT, 4161 PIEDMONT PARKWAY, GREENSBORO, NC 27410 |
| 5312048 | + | EDI: TSYS2 | Aug 15 2025 22:47:00 | BARCLAY'S BANK DE, 125 S WEST ST, WILMINGTON, DE 19801-5014 |
| 5312049 | + | EDI: CITICORP | Aug 15 2025 22:47:00 | BEST BUY CREDIT SERVICES, PO BOX 790441, SAINT LOUIS, MO 63179-0441 |
| 5324288 | + | EDI: BANKAMER2 | Aug 15 2025 22:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5312050 | + | EDI: CAPITALONE.COM | Aug 15 2025 22:47:00 | CAP1/WMT, PO BOX 30258, SALT LAKE CITY, UT 84130-0258 |
| 5312052 | | EDI: CITICORP | Aug 15 2025 22:47:00 | CITI - SHELL, C/O CITI, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5312053 | + | EDI: CITICORP | Aug 15 2025 22:47:00 | CITI CARDS, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 5312054 | + | EDI: CITICORP | Aug 15 2025 22:47:00 | CITIBANK (SOUTH DAKOTA) NA, 701 EAST 60TH STREET N, SIOUX FALLS, SD 57104-0432 |
| 5312055 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 15 2025 18:51:00 | COLONIAL SAVINGS, 2626 W FREEWAY, PO BOX 2988, FORT WORTH, TX 76113-2988 |
| 5312056 | | EDI: PENNDEPTREV | Aug 15 2025 22:47:00 | COMM OF PA DEPT OF REVENUE, BUREAU |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5320621 | EDI: CAPITALONE.COM | Aug 15 2025 22:47:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5328472 | EDI: CITICORP | Aug 15 2025 22:47:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5326215 | + Email/Text: bankruptcydesk@colonialsavings.com | Aug 15 2025 18:51:00 | Colonial Savings Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 5312068 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 15 2025 18:50:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5312057 | Email/Text: collecadminbankruptcy@fnni.com | Aug 15 2025 18:51:00 | FNB OMAHA, 1620 DODGE STREET, OMAHA, NE 68197 |
| 5312836 | Email/Text: collecadminbankruptcy@fnni.com | Aug 15 2025 18:51:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 5312058 | + EDI: CITICORP | Aug 15 2025 22:47:00 | FORD CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5312059 | Email/Text: ELDABBASM@FREEDOMCU.ORG | Aug 15 2025 18:51:00 | FREEDOM CREDIT UNION, CENTREPOINTE OFICE CENTER, 626 JACKSONVILLE ROAD SUITE 250, WARMINSTER, PA 18974-4862 |
| 5312061 | EDI: IRS.COM | Aug 15 2025 22:47:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5312051 | Email/Text: info@pamd13trustee.com | Aug 15 2025 18:50:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5328178 | EDI: JEFFERSONCAP.COM | Aug 15 2025 22:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5312062 | + EDI: JPMORGANCHASE | Aug 15 2025 22:47:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5321180 | + Email/Text: RASEBN@raslg.com | Aug 15 2025 18:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5319105 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 15 2025 18:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5327936 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 18:57:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5312063 | + Email/PDF: Bankruptcy_Prod@mohela.com | Aug 15 2025 18:58:02 | NAVIENT, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 5314731 | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 15 2025 18:58:02 | NAVIENT PC TRUST, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5488054 | EDI: PRA.COM | Aug 15 2025 22:47:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5488055 | EDI: PRA.COM | Aug 15 2025 22:47:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5324657 | EDI: PRA.COM | Aug 15 2025 22:47:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5312064 | Email/Text: svfcubky@svfcu.org | Aug 15 2025 18:51:00 | SUSQUEHANNA VALLEY FCU, 3850 HARTZDALE DRIVE, CAMP HILL, PA 17011-7809 |
| 5312065 | + EDI: SYNC | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 15 2025 22:47:00 | SYNCB/AMAZON, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 5312066 | + | EDI: SYNC | Aug 15 2025 22:47:00 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5312067 | + | EDI: SYNC | Aug 15 2025 22:47:00 | SYNCB/PPC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5312411 | ^ | MEBN | Aug 15 2025 18:47:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5312069 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 15 2025 18:50:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5312070 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 15 2025 18:51:00 | USDOE/GLELSI, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5319355 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5328783 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CU MEMBERS MORTGAGE A DIVISION OF COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 2 Hector Esteves-Oyler DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Andrew David Oyler-Esteves DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | |

ecf_pahu_alt@trustee13.com

James Warmbrodt

on behalf of Creditor CU MEMBERS MORTGAGE A DIVISION OF COLONIAL SAVINGS, F.A.
bkgroup@kmllawgroup.com

Kara Katherine Gendron

on behalf of Debtor 2 Hector Esteves-Oyler
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kara Katherine Gendron

on behalf of Debtor 1 Andrew David Oyler-Esteves
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Andrew David Oyler-Esteves<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx-xx-6143<br>EIN  \_\_-_____ |
| Debtor 2<br>(Spouse, if filing) | Hector Esteves-Oyler<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx-xx-9087<br>EIN  \_\_-_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20-bk-00952-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrew David Oyler-Esteves
fka Andrew David Oyler

Hector Esteves-Oyler
fka Hector Estevez

8/15/25

**By the court:**

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**