United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Andrew David Oyler-Esteves  
Hector Esteves-Oyler  
    Debtors

Case No. 20-00952-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Aug 15, 2025     Form ID: pdf010     Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew David Oyler-Esteves, 574 Race Street, Millersburg, PA 17061-1158 |
| jdb | + | Hector Esteves-Oyler, 1835 Market Street, Ashland, PA 17921-1133 |
| 5312060 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2025 18:58:02 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2025 18:58:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5312046 | + | Email/PDF: bncnotices@becket-lee.com | Aug 15 2025 18:58:04 | AMERICAN EXPRESS, 4315 S 2700 WEST, SALT LAKE CITY, UT 84184-0001 |
| 5319771 | | Email/PDF: bncnotices@becket-lee.com | Aug 15 2025 18:58:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5312047 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 15 2025 18:50:00 | BANK OF AMERICA, BANKRUPTCY DEPARTMENT, 4161 PIEDMONT PARKWAY, GREENSBORO, NC 27410 |
| 5312048 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 15 2025 18:51:00 | BARCLAY'S BANK DE, 125 S WEST ST, WILMINGTON, DE 19801-5014 |
| 5312049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 18:58:16 | BEST BUY CREDIT SERVICES, PO BOX 790441, SAINT LOUIS, MO 63179-0441 |
| 5324288 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 15 2025 18:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5312050 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2025 18:58:13 | CAP1/WMT, PO BOX 30258, SALT LAKE CITY, UT 84130-0258 |
| 5312052 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 18:58:05 | CITI - SHELL, C/O CITI, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5312053 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 18:58:05 | CITI CARDS, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 5312054 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 18:57:56 | CITIBANK (SOUTH DAKOTA) NA, 701 EAST 60TH STREET N, SIOUX FALLS, SD 57104-0432 |
| 5312055 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 15 2025 18:51:00 | COLONIAL SAVINGS, 2626 W FREEWAY, PO BOX 2988, FORT WORTH, TX 76113-2988 |
| 5312056 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2025 18:51:00 | COMM OF PA DEPT OF REVENUE, BUREAU |

| | | | | |
|---|---|---|---|---|
| | | | | OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5320621 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2025 18:57:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5328472 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 18:57:56 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5326215 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 15 2025 18:51:00 | Colonial Savings Mortgage Services, P.O. Box 2988, Fort Worth, TX 76113-2988 |
| 5312068 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 15 2025 18:50:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5312057 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 15 2025 18:51:00 | FNB OMAHA, 1620 DODGE STREET, OMAHA, NE 68197 |
| 5312836 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 15 2025 18:51:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 5312058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 18:58:05 | FORD CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5312059 | | Email/Text: ELDABBASM@FREEDOMCU.ORG | Aug 15 2025 18:51:00 | FREEDOM CREDIT UNION, CENTREPOINTE OFICE CENTER, 626 JACKSONVILLE ROAD SUITE 250, WARMINSTER, PA 18974-4862 |
| 5312061 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2025 18:51:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5312051 | | Email/Text: info@pamd13trustee.com | Aug 15 2025 18:50:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5328178 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2025 18:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5312062 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2025 18:57:55 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5321180 | + | Email/Text: RASEBN@raslg.com | Aug 15 2025 18:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5319105 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 15 2025 18:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5327936 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 18:57:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5312063 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 15 2025 18:58:15 | NAVIENT, PO BOX 9500, WILKES BARRE, PA 18773-9500 |
| 5314731 | | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 15 2025 18:57:54 | NAVIENT PC TRUST, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5488054 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2025 18:58:04 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5488055 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2025 18:58:04 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5324657 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2025 18:57:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5312064 | | Email/Text: svfcubky@svfcu.org | Aug 15 2025 18:51:00 | SUSQUEHANNA VALLEY FCU, 3850 HARTZDALE DRIVE, CAMP HILL, PA 17011-7809 |
| 5312065 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 15 2025 18:58:13 | SYNCB/AMAZON, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 5312066 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2025 18:58:02 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5312067 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2025 18:58:02 | SYNCB/PPC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5312411 | ^ | MEBN | Aug 15 2025 18:47:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5312069 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 15 2025 18:50:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5312070 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 15 2025 18:51:00 | USDOE/GLELSI, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5319355 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5328783 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2025   Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CU MEMBERS MORTGAGE A DIVISION OF COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 2 Hector Esteves-Oyler DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Andrew David Oyler-Esteves DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | |

ecf_pahu_alt@trustee13.com

James Warmbrodt
on behalf of Creditor CU MEMBERS MORTGAGE A DIVISION OF COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com

Kara Katherine Gendron
on behalf of Debtor 2 Hector Esteves-Oyler karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kara Katherine Gendron
on behalf of Debtor 1 Andrew David Oyler-Esteves karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
ANDREW DAVID OYLER-ESTEVES

fka Andrew David Oyler
HECTOR ESTEVES-OYLER
fka Hector Estevez
    Debtor(s)

CHAPTER 13

CASE NO. 1:20-bk-00952

## ORDER

Upon consideration of the Motion to Reopen the closed bankruptcy proceeding filed by the Debtors, Doc. 61, it is

**ORDERED** that the Motion is **GRANTED** and the above–captioned case is reopened for the limited purpose of allowing the Debtors to file the required discharge certification forms.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 15, 2025