Fill in this information to identify the Fill in this information to identify the case:

Debtor 1   Andrew David Oyler-Esteves fka Andrew David Oyler

Debtor 2   Hector Oyler-Esteves fka Hector Estevez

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   20-00952 HWV

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** CU Members Mortgage, a division of Colonial Savings, F.A.

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 5480

**Date of payment change:**
Must be at least 21 days after date of this notice   10/01/2021

**New total payment:**   $809.36
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $231.43    New escrow payment: $ 254.04

### Part: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.

Official Form 410S1              Notice of Mortgage Payment Change              page 1

Case 1:20-bk-00952-HWV   Doc   Filed 08/27/21   Entered 08/27/21 11:58:02   Desc
Document ID: 588a1cd56801e7e5bd05edc5f9aea08fca793ddf42d5187192c1a05086b2ed89   Main Document   Page 1 of 3

(*Court approval may be required before the payment change can take effect.*)

Reason for change:_____

**Current mortgage payment:** $_____        **New mortgage payment:** $_____

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 2

Case 1:20-bk-00952-HWV    Doc    Filed 08/27/21    Entered 08/27/21 11:58:02    Desc
Document ID: 588a1cd56801e7e5bd05edc5f9aea08fca793ddf42d5187192c1a05086b2ed85
Main Document      Page 2 of 3

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ *Rebecca Solarz*   Date  08/27/2021
Signature
**Print:** Rebecca Solarz
27 Aug 2021, 11:09:25, EDT

Title  Attorney for Creditor

Company  KML Law Group, P.C.

Address  701  Market Street, Suite 5000
Number  Street
Philadelphia,   PA   19106
City   State   ZIP Code

Contact phone  (215) 627–1322   Email  bkgroup@kmllawgroup.com