

```
                                            YOUR LOAN NUMBER: ███████

ANDREW D OYLER
HECTOR ESTEVES
574 RACE ST
MILLERSBURG         PA 17061-1158
                                            DATE: 08/24/21


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE   BEGINNING    10/21 THROUGH    09/22.
------- ANTICIPATED PAYMENTS FROM ESCROW -    10/21 THROUGH    09/22 -------
         HOMEOWNERS 1ST                1095.20
         CITY TAXES                     813.81
         SCHOOL                         976.96

    TOTAL PAYMENTS FROM ESCROW         2885.97

    MONTHLY PAYMENT TO ESCROW           240.49 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    10/21 THROUGH    09/22 --------
       -ANTICIPATED PAYMENTS-                  -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW  DESCRIPTION     ANTICIPATED        REQUIRED
                  ACTUAL STARTING BALANCE          558.92           721.56
OCT 21   240.49                                    799.41           962.05
NOV 21   240.49                                   1039.90          1202.54
DEC 21   240.49                                   1280.39          1443.03
JAN 22   240.49                                   1520.88          1683.52
FEB 22   240.49                                   1761.37          1924.01
MAR 22   240.49     813.81    CITY TAXES          1188.05          1350.69
APR 22   240.49                                   1428.54          1591.18
MAY 22   240.49    1095.20    HOMEOWNERS 1ST       573.83           736.47
JUN 22   240.49                                    814.32           976.96
JUL 22   240.49                                   1054.81          1217.45
AUG 22   240.49     976.96    SCHOOL     ALP       318.34   RLP     480.98
SEP 22   240.49                                    558.83           721.47

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -162.64

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
```

Customer Relations Department, 2626B West Freeway, PO Box 2988, Fort Worth, Texas 76113
Toll Free: 800.937.6002   www.ServiceHomeLoan.com



BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS      0.00.

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
        PRINCIPAL & INTEREST                              555.32
        ESCROW (1/12TH OF ANNUAL ANTICIPATED              240.49
            DISBURSEMENTS AS COMPUTED ABOVE)
        PLUS: OPTIONAL INSURANCE PREMIUMS                   0.00
        PLUS: REPLACEMENT RESERVE OR FHA SVC CHG            0.00
        PLUS: SHORTAGE PAYMENT                             13.55
        MINUS: SURPLUS CREDIT                               0.00
        ROUNDING ADJUSTMENT                                 0.00
        MINUS: BUYDOWN/ASSISTANCE PAYMENTS                  0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 10/01/21      809.36
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      480.98.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      480.98.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
11/20      231.43      12/20      231.43      01/21      2082.87   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00      0.00                       00/00      0.00
00/00      0.00                       00/00      0.00
00/00      0.00                       00/00      0.00

FOR THE PURPOSES OF THIS ESCROW ANALYSIS, ADJUSTMENTS TO THE ESCROW
BALANCE AND/OR ESCROW DATA WERE COMPLETED PENDING INFORMATION FROM
YOU. PLEASE FORWARD APPROPRIATE INFORMATION TO OUR OFFICE IMMEDIATELY.

Customer Relations Department, 2626B West Freeway, PO Box 2988, Fort Worth, Texas 76113
Toll Free: 800.937.6002 · www.ServiceHomeLoan.com



ANDREW D OYLER  
HECTOR ESTEVES  
574 RACE ST  
MILLERSBURG    PA 17061-1158

YOUR LOAN NUMBER: ▮▮▮▮

DATE: 08/24/21

\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY \*

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING OCT, 2020 AND ENDING SEP, 2021.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

--- YOUR PAYMENT BREAKDOWN AS OF OCT, 2020 IS ---

| | |
|---|---:|
| PRINCIPAL & INTEREST | 555.32 |
| ESCROW DEPOSIT | 229.24 |
| OPTIONAL INSURANCE | 0.00 |
| REPLACE RESV/FHA SVC CHG | 0.00 |
| SHORTAGE | 2.19 |
| DEFICIENCY | 0.00 |
| SURPLUS | 0.00 |
| ROUNDING | 0.00 |
| LESS BUYDOWN/ASST PAYMENT | 0.00 |
| BORROWER PAYMENT | 786.75 |

| MONTH | PAYMENTS TO ESCROW PRIOR PRJ | ACTUAL | PAYMENTS FROM ESCROW PRIOR PRJ | ACTUAL | DESCRIPTION | ESCROW BALANCE PRIOR PRJ | ACTUAL |
|---|---|---|---|---|---|---|---|
| OCT 20 | 229.24 | 231.43* | | | | 917.06 | 864.81 |
| NOV 20 | 229.24 | * | | | | 1146.30 | 864.81 |
| DEC 20 | 229.24 | * | | | | 1375.54 | 864.81 |
| JAN 21 | 229.24 | * | | | | 1604.78 | 864.81 |
| FEB 21 | 229.24 | * | | | | 1834.02 | 864.81 |
| MAR 21 | 229.24 | * | 777.36 | 812.19* | CITY T | 1285.90 | 52.62 |
| APR 21 | 229.24 | * | | 1093.02* | HOMEOW | 1515.14 | -1040.40 |
| MAY 21 | 229.24 | * | 995.63 | * | | 748.75 | -1040.40 |
| JUN 21 | 229.24 | * | | | | 977.99 | -1040.40 |
| JUL 21 | 229.24 | * | | | | 1207.23 | -1040.40 |
| AUG 21 | 229.24 | ** | 977.99 | 975.01* | SCHOOL | 458.48 T | -2015.41 A |
| SEP 21 | 229.24 | ** | | | | 687.72 | -2015.41 |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED



DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS      458.48. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS   -2015.41.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00          0.00       00/00      0.00     00/00        0.00
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
08/20      976.04 SCHOOL              00/00      0.00
00/00        0.00                     00/00      0.00
00/00        0.00                     00/00      0.00
```

Customer Relations Department, 2626B West Freeway, PO Box 2988, Fort Worth, Texas 76113
Toll Free: 800.937.6002   www.ServiceHomeLoan.com