# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Hector Oyler-Esteves fka Hector Estevez<br>    Andrew David Oyler-Esteves fka Andrew David Oyler<br>                                  Debtor(s) | BK NO. 20-00952 HWV<br><br>Chapter 13<br><br>Related to Claim No. 11 |
| CU Members Mortgage, a division of Colonial Savings, F.A.<br>                                  Movant<br>                          vs. | |
| Hector Oyler-Esteves fka Hector Estevez<br>Andrew David Oyler-Esteves fka Andrew David Oyler<br>                                  Debtor(s) | |
| Jack N. Zaharopoulos,<br>                                  Trustee | |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 27, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Hector Oyler-Esteves fka Hector Estevez
574 Race Street
Millersburg, PA 17061

Andrew David Oyler-Esteves fka Andrew David Oyler
574 Race Street
Millersburg, PA 17061

Attorney for Debtor(s)
Kara Katherine Gendron, Esq.
125 State Street (VIA ECF)
Harrisburg, PA 17101

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>August 27, 2021</u>

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com
