

ANDREW D OYLER  
HECTOR ESTEVES  
574 RACE ST  
MILLERSBURG        PA 17061-1158

YOUR LOAN NUMBER ███

DATE: 11/14/22

*** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    01/23 THROUGH    12/23.
------- ANTICIPATED PAYMENTS FROM ESCROW -   01/23 THROUGH    12/23 -------
          HOMEOWNERS 1ST              1234.31
          CITY TAXES                   816.50
          SCHOOL                       988.64

          TOTAL PAYMENTS FROM ESCROW  3039.45

          MONTHLY PAYMENT TO ESCROW    253.28 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -   01/23 THROUGH    12/23--------
        -ANTICIPATED PAYMENTS-                -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW   DESCRIPTION     ANTICIPATED        REQUIRED
                    ACTUAL STARTING BALANCE          1132.41          1519.77
JAN 23    253.28                                    1385.69          1773.05
FEB 23    253.28                                    1638.97          2026.33
MAR 23    253.28      816.50   CITY TAXES           1075.75          1463.11
APR 23    253.28                                    1329.03          1716.39
MAY 23    253.28     1234.31   HOMEOWNERS 1ST        348.00           735.36
JUN 23    253.28                                     601.28           988.64
JUL 23    253.28                                     854.56          1241.92
AUG 23    253.28      988.64   SCHOOL       ALP      119.20   RLP     506.56
SEP 23    253.28                                     372.48           759.84
OCT 23    253.28                                     625.76          1013.12
NOV 23    253.28                                     879.04          1266.40
DEC 23    253.28                                    1132.32          1519.68

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -387.36.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 48 MONTHS FROM JANUARY 01, 2023



```
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        0.00.


------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
          PRINCIPAL & INTEREST                            372.75 *
          ESCROW (1/12TH OF ANNUAL ANTICIPATED            253.28
              DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS: OPTIONAL INSURANCE PREMIUMS                 0.00
          PLUS: REPLACEMENT RESERVE OR FHA SVC CHG          0.00
          PLUS: SHORTAGE PAYMENT                            8.07
          MINUS: SURPLUS CREDIT                             0.00
          ROUNDING ADJUSTMENT                               0.00
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS                0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 01/01/23   634.10
*   IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST
    PORTION OF YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH

    YOUR LOAN DOCUMENTS.
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS    506.56.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE

IS TARGETED TO BE YOUR CUSHION AMOUNT.
YOUR ESCROW CUSHION FOR THIS CYCLE IS         506.56.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
12/22       254.04       00/00          0.00       00/00           0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00       0.00                        00/00      0.00
00/00       0.00                        00/00      0.00


FOR THE PURPOSES OF THIS ESCROW ANALYSIS, ADJUSTMENTS TO THE ESCROW
BALANCE AND/OR ESCROW DATA WERE COMPLETED PENDING INFORMATION FROM
YOU.  PLEASE FORWARD APPROPRIATE INFORMATION TO OUR OFFICE IMMEDIATELY.
```

Customer Relations Department, 2626B West Freeway, PO Box 2988, Fort Worth, Texas 76113
Toll Free: 800.937.6002   www.ServiceHomeLoan.com



```
ANDREW D OYLER                    YOUR LOAN NUMBER ████████
HECTOR ESTEVES
574 RACE ST
MILLERSBURG         PA 17061-1158
                                  DATE: 11/14/22
```

\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY \*

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING JAN, 2022 AND ENDING DEC, 2022.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

--- YOUR PAYMENT BREAKDOWN AS OF JAN, 2022 IS ---

| | |
|---|---:|
| PRINCIPAL & INTEREST | 372.75 |
| ESCROW DEPOSIT | 240.49 |
| OPTIONAL INSURANCE | 0.00 |
| REPLACE RESV/FHA SVC CHG | 0.00 |
| SHORTAGE | 3.53 |
| DEFICIENCY | 0.00 |
| SURPLUS | 0.00 |
| ROUNDING | 0.00 |
| LESS BUYDOWN/ASST PAYMENT | 0.00 |
| BORROWER PAYMENT | 616.77 |

|  | PAYMENTS TO ESCROW | | --- PAYMENTS FROM ESCROW ---- | | | -- ESCROW BALANCE -- | |
|---|---|---|---|---|---|---|---|
| MONTH | PRIOR PRJ | ACTUAL | PRIOR PRJ | ACTUAL | DESCRIPTION | PRIOR PRJ | ACTUAL |
| JAN 22 | 240.49 | 3217.88 | | | | | |
| JAN 22 | | 240.50\* | | | | 1683.52 | 1442.97 |
| FEB 22 | 240.49 | 244.02\* | | | | 1924.01 | 1686.99 |
| MAR 22 | 240.49 | 244.02 | 813.81 | 814.88 | CITY T | | |
| MAR 22 | | 244.02\* | | \* | | 1350.69 | 1360.15 |
| APR 22 | 240.49 | 244.02\* | | | | 1591.18 | 1604.17 |
| MAY 22 | 240.49 | 244.02\* | 1095.20 | 1231.85\* | HOMEOW | 736.47 | 616.34 |
| JUN 22 | 240.49 | \* | | | | 976.96 | 616.34 |
| JUL 22 | 240.49 | 244.02\* | | | | 1217.45 | 860.36 |
| AUG 22 | 240.49 | 244.02\* | 976.96 | 986.67\* | SCHOOL | 480.98 T | 117.71 A |
| SEP 22 | 240.49 | 244.02\* | | | | 721.47 | 361.73 |
| OCT 22 | 240.49 | 244.02\* | | | | 961.96 | 605.75 |
| NOV 22 | 240.49 | 244.02\* | | | | 1202.45 | 849.77 |

Customer Relations Department, 2626B West Freeway, PO Box 2988, Fort Worth, Texas 76113
Toll Free: 800.937.6002   www.ServiceHomeLoan.com



```
DEC 22    240.49         **                         1442.94      849.77
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS       480.98. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
     117.71.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00          0.00      00/00          0.00      00/00          0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00          0.00                     00/00          0.00
00/00          0.00                     00/00          0.00
00/00          0.00                     00/00          0.00

Customer Relations Department, 2626B West Freeway, PO Box 2988, Fort Worth, Texas 76113
Toll Free: 800.937.6002    www.ServiceHomeLoan.com