IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Hector Oyler-Esteves fka Hector Estevez<br>    Andrew David Oyler-Esteves fka Andrew David Oyler<br>                    Debtor(s)<br><br>**CU Members Mortgage, a division of Colonial Savings, F.A.**<br>                    Movant<br>            vs.<br><br>**Hector Oyler-Esteves fka Hector Estevez<br>Andrew David Oyler-Esteves fka Andrew David Oyler**<br>                    Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>                    Trustee | **BK NO. 20-00952 HWV**<br><br>Chapter 13<br><br>Related to Claim No. 11 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 09, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Hector Oyler-Esteves fka Hector Estevez
574 Race Street
Millersburg, PA 17061

Andrew David Oyler-Esteves fka Andrew David Oyler
574 Race Street
Millersburg, PA 17061

Attorney for Debtor(s)
Kara Katherine Gendron, Esq.
125 State Street (VIA ECF)
Harrisburg, PA 17101

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>December 09, 2022</u>

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com